

To the Clerk of District Court,

Greetings,

My name is Kevin Owen Burress. I have pending actions in your district and have been unable to update my address until now. I was moved on 1/27/2022.

My new address is:

Kevin Owen Burress
USMS# 67918509
R.A. Deyton Detention Facility
11866 Hasting Bridge Road
P.O. Box 730
Lovejoy, GA 30250

Please be advised that my address is subject to change and I have no control over subsequent delays. I have been without ability to update my address for over 2 weeks and request any orders from this court be mailed to me, since 1/22/2022, when I lost received mail dated on or about 1/11/2022. My attorney has talked of moving me again.

Thanks

[signature] on 15 FEB 2022

Kevin Burross
Pro Se Litigant.

Kevin Owen Burress  #679/8509
R.A. Deyton Detention Facility
11866 Hastings Bridge Road
P.O. Box 730
Lovejoy, GA 30250

Mailed from a detention facility

LEGAL

CLERK, US DISTRICT COURT
219 SOUTH DEARBORN
CHICAGO, IL 60604

RECEIVED
MAR 0 1 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ATLANTA METRO 301
2022 PM 5 L

03/01/2022-20