OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
CHICAGO, IL 60604

OFFICIAL BUSINESS

RETURNED TO SENDER
FROM
ROBERT A DEYTON DETENTION FACILITY

neopost
03/09/2022
US POSTAGE $001.36

ZIP 60604
041M11270962

FIRST-CLASS MAIL

Kevin Owen Burress
USMS # 67918509
Robert A. Deyton Detention Facility
P. O. Box 730
Lovejoy, GA 30250

03/30/2022-9

21 CV 6249
Item #9 and
IFP form

2022 MAR 30 AM 8:49 RECEIVED

NIXIE  326  4E 1  7203/20/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 60604  2247N07918509-00050